IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 00-232

2001 MT 63A

_____

JIM TIMIS and CONNIE TIMIS, both

individually and on behalf of their minor

daughter, CHARDEE TIMIS,

Plaintiffs and Appellants,

v.

MARK YOUNG, JOHN YOUNG and

ROSE YOUNG, d/b/a ROSE'S DAY CARE,

Defendants and Respondents.

ORDER

_____

On April 27, 2001, appellants filed herein a petition for rehearing, and on May 4, 2001, respondents filed their objection thereto. The Court having considered the same,

IT IS ORDERED that the first sentence of Paragraph 3 of this Court's opinion dated April 18, 2001, is hereby amended to read: "Later, the Timises repudiated the agreement and refused to sign the settlement documents."

IT IS FURTHER ORDERED that the petition for rehearing is denied.

DATED this 15th day of May, 2001.

/S/ KARLA M. GRAY

/S/ W. WILLIAM LEAPHART

/S/ TERRY N. TRIEWEILER

/S/ JAMES C. NELSON

/S/ JIM REGNIER